## IN THE CIRCUIT COURT OF LEFLORE COUNTY, MISSISSIPPI

JESSIE ADAMS, et al., )
 )
 Plaintiffs, )
v. ) Civil Action No.: 2002-0186-CICI
 )
GENERAL MOTORS ACCEPTANCE )
CORPORATION, et al., )
 )
 Defendants. )

## PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE

**COME NOW**, Plaintiffs Jessie Adams, et al., by and through the undersigned counsel of record, pursuant to the Mississippi Rules of Civil Procedure, to notify this Court of Plaintiffs' dismissal of several defendants that were named in the above styled lawsuit. As grounds for this dismissal, the Plaintiffs aver the following:

1. Rule 41(a) of the Mississippi Rules of Civil Procedure allows for an action to be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.

2. In this case, none of the defendants named below have served Plaintiffs with either an answer or a motion for summary judgment to date.

3. Plaintiffs now move to dismiss the following defendants:
   - Alexander Motor Company
   - Dodge, Inc.
   - Freddy Rogers Buick-Pontiac-Chevrolet-GMC, Inc.
   - Lamar Loe Motor Company, Inc.
   - Mike Smith Motors, Inc.
   - Oldsmobile-Cadillac Company, Inc.
   - Royal Imports, Inc.
   - Sid Carroll Pontiac, Inc.

**WHEREFORE, PREMISES CONSIDERED**, notice is given that the defendants listed above are hereby dismissed from this lawsuit without prejudice.

Respectfully submitted,

_____
Jimmy Doyle          (MSB# 100727)
*Attorney for Plaintiffs*

**OF COUNSEL:**

K. STEPHEN JACKSON, P.C.
Black Diamond Building
2229 First Avenue North
Birmingham, Alabama 35203
Telephone:  (205) 252-3535
Facsimile:   (205) 252-3536

FILED

MAY 17 2004

TREY EVANS, CIRCUIT CLERK
BY: _Diane Kelly_ D.C.

## CERTIFICATE OF SERVICE

I hereby certify that I have delivered a copy of same upon all counsel of record via first class regular mail this the 13th day of May, 2004, and properly addressed as follows:

### Additional Counsel for Plaintiffs

Edward Blackmon (MSB# 3354)
BLACKMON & BLACKMON
Post Office Box 105
Canton, Mississippi 39046-0105

J. Dewayne Thomas (MSB# 8148)
Attorney at Law
Post Office Box 65
Jackson, MS 39205-0065

### Counsel for Defendants:

Samuel L. Anderson, Esq.
WATSON & JERNIGAN, P.A.
Post Office Box 23546
Jackson, Mississippi 39225

Richard M. Dye, Esq.
BUTLER SNOW
Post Office Box 22567
Jackson, Mississippi 39225-2567

Thomas L. Webb, Esq.
LAW OFFICE OF THOMAS L. WEBB
Post Office Box 308
Meridian, Mississippi 39302-0308

Jason H. Strong, Esq.
DANIEL COKER HORTON & BELL, P.A.
Post Office Box 1084
Jackson, Mississippi 39215

Ken R. Adcock, Esq.
GORE KILPATRICK PURDIE METZ & ADCOCK
Post Office Drawer 2900
Ridgeland, Mississippi 39158

T. Mack Brabham, Esq.
ATTORNEY AT LAW
Post Office Box 1168
McComb, Mississippi 39649

Samuel E. Farris, Esq.
Attorney at Law
P.O. Drawer 1190
Hattiesburg, MS 39403-1190

Brenda B. Bethany, Esq.
DANIEL COKER HORTON & BELL, P.A.
Post Office Box 1084
Jackson, Mississippi 39215

William T. Cooper, Esq.
GHOLSON HICKS & NICHOLS
Post Office Box 1111
Columbus, Mississippi 39703-1111

Katharine M. Samson, Esq.
WATKINS, LUDLAM WINTER & STENNIS, P.A.
P.O. Drawer 160
Gulfport, MS 39502-0160

Thomas L. Webb, Esq.
LAW OFFICE OF THOMAS L. WEBB
Post Office Box 308
Meridian, Mississippi 39302

A. Spencer Gilbert, III, Esq.
WISE CARTER CHILD & CARAWAY, PA
Post Office Box 651
Jackson, Mississippi 39205

H. J. Davidson, Jr., Esq.
CARTER & DAVIDSON
Post Office Box 981
Columbus, Mississippi 39703-0981

Ralph E. Young, Jr., Esq.
GLOVER, YOUNG, WALTON & TUCKER, LLC
Post Office Box 5514
Meridian, Mississippi 39302-5514

Wayne Smith, Esq.
ATTORNEY AT LAW
Post Office Box 525
Liberty, Mississippi 39645

James Andrew Yelton, Esq.
BAILEY & WOMBLE
Post Office Drawer 1615
Batesville, Mississippi 38606-4115

S. Robert Hammond, Jr., Esq.
BRYANT CLARK
Post Office Box 16567
Hattiesburg, Mississippi 39402-6567

Michael W. Strahan, Esq.
BOURDEAUX & JONES
Post Office Box 2009
Meridian, Mississippi 39302-2009

Joseph E. Roberts, Jr., Esq.
PITTMAN, GERMANY, ROBERTS & WELSH, LLP
Post Office Box 22985
Jackson, Mississippi 39225-2985

Roderick D. Walker, Esq.
ATTORNEY-AT-LAW
305 S. Jefferson Street
Post Office Box 427
Macon, Mississippi 39341

H. Scot Spragins, Esq.
HICKMAN, GOZA & SPRAGINS, PLLC
Post Office Drawer 668
Oxford, MS 38655

William D. Boerner, Esq.
ALLEN, ALLEN BOERNER & BREELAND
P.O. Box 751
Brookhaven, MS 39601-0751

R. Kent Hudson, Esq.
320 Main Street
Natchez, MS 39120

C. Michael Ellingberg, Esq.
DANIEL COKER HORTON & BELL, PA
P.O. Box 1084
Jackson, MS 39215

Thomas Wayne Brock, Esq.
WILLIAM S. GUY LAW OFFICE
P.O. Box 509
McComb, MS 39648

Gerald H. Jacks, Esq.
JACKS ADAMS & NORQUIST, PA
P.O. Box 1209
Cleveland, MS 38732

Richard G. Noble, Esq.
CROWTHWAIT TERNEY & NOBLE
P.O. Box 29
Indianola, MS 38751

Anne C. Sanders, Esq.
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
P.O. Drawer 119
Jackson, MS 39205

Jeff L. Ingram, Esq.
GALESE & INGRUM
300 First Commercial Bank Bldg.
800 Shades Creek Parkway
Birmingham, AL 35209

_____
Jimmy Doyle
*Attorney for Plaintiffs*